UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>CRF FROZEN FOODS, LLC,<br><br>     Defendant. | NO: 4:17-CV-5004-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 9). Plaintiff represents that this matter should be dismissed without prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a).

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's notice, this matter is **DISMISSED** without prejudice.

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 4, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2