UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRF FROZEN FOODS, LLC,<br><br>Defendant. | NO: 4:17-CV-5004-TOR<br><br>AMENDED ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 11). The parties stipulate that this matter should be dismissed with prejudice, each party to bear its own attorney's fees and costs.

//

//

//

AMENDED ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulation of Dismissal (ECF No. 11) is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (a)(1)(B), this matter is **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **RE-CLOSE** the file.

**DATED** May 30, 2017.



THOMAS O. RICE
Chief United States District Judge

AMENDED ORDER OF DISMISSAL ~ 2